UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RICHARD STEEN                                                    PLAINTIFF

VS.                                       CIVIL ACTION NO. 3:21-CV-620-TSL-RPM

WARDEN HECTOR PORTILLO, ET AL.                                  DEFENDANTS

ORDER

This cause is before the court on the report and recommendation of Magistrate Judge Robert P. Myers entered on October 27, 2022 (Dkt. No. 21), recommending that plaintiff's § 1983 complaint be dismissed based on his failure to state a claim.  Plaintiff has filed an objection, by which he merely reiterates the allegations of his complaint and does not purport to address the report and recommendations' findings.  Having reviewed the report and recommendation and plaintiff's objection, the court concludes that the objection will be overruled and that the magistrate judge's report and recommendation will be adopted as the court's own opinion.

Accordingly, it is ordered that plaintiff's objection is overruled and that the report and recommendation of United States Magistrate Robert P. Myers entered on October 27, 2022, be, and the same is hereby, adopted as the finding of this court.  It

1

follows that the complaint is dismissed with prejudice for failure to state a claim upon which relief may be granted.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 21st day of November, 2022.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE